**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NEW LEGION COMPANY, INC.,**<br>    **Plaintiff,**<br><br>        **v.**<br><br>**JASBIR SING THANDI d/b/a**<br>**GLOBAL HAWK INSURANCE**<br>**COMPANY, et al.,**<br>**Defendants.** | **CIVIL ACTION**<br><br>**NO. 18-cv-778** |

## ORDER

    **AND NOW** this 8th day of May, 2018, for the reasons stated in the foregoing Memorandum, it is **ORDERED** that the Defendants' Motion to Dismiss (ECF 8) is **GRANTED** without prejudice and with leave to re-plead within 21 days.

**BY THE COURT:**

/s/ Michael M. Baylson

—————————————————
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\Julia.2017\18-778 New Legion\18cv778 Order Granting MTD.docx