# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEW LEGION COMPANY, INCORPORATED**<br><br>v.<br><br>**JASBIR SINGH THANDI, et al.** | **CIVIL ACTION**<br><br>**NO. 18-778** |

## ORDER RE: MOTION TO DISMISS

AND NOW, this 4th day of December, 2018, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF 15) Plaintiff's Response thereto (ECF 22), and Defendants' reply thereto (ECF 23), and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that:

1. Plaintiff's breach of contract claim (Count I) against Defendant Alpha is DISMISSED without prejudice, with leave to amend the Complaint within fourteen (14) days, otherwise judgment will be entered against Plaintiff; and

2. The rest of Plaintiff's claims—Count I against Defendants Thandi, Global Hawk Insurance, Global Hawk Insurance Company Risk Retention Group, Presad, and Kreason, and Counts II and III against all Defendants—are DISMISSED with prejudice without leave to amend.

BY THE COURT:

**/s/ Michael M. Baylson**

_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 18\18-778 New Legion v Thandi\18cv778 Order re MTD.docx