# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEW LEGION COMPANY, INCORPORATED**<br><br>v.<br><br>**JASBIR SINGH THANDI, et al.** | **CIVIL ACTION**<br><br>**NO. 18-778** |

## ORDER RE: MOTION TO DISMISS

AND NOW, this 23rd day of May, 2019, upon consideration of Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF 28), Plaintiff's Response thereto (ECF 30), and Defendant's Reply thereto (ECF 31), and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

**/s/ Wendy Beetlestone, USDJ for:**

_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 18\18-778 New Legion v Thandi\18cv778 Order re MTD TAC.docx